# United States District Court
# RULE 11 CHANGE OF PLEA HEARING

| | | | |
|---|---|---|---|
| Time Commenced: | 2:30 p.m. | Case No.: | 3:26-cr-109/TKW |
| Time Concluded: | 2:51 p.m. | Date: | October 14, 2026 |

**DOCKET ENTRY: RULE 11 CHANGE OF PLEA HEARING for Defendant JOHN MARTIN ELMORE.** Defendant reviewed, understands, and executed Consent to Rule 11 Plea Before Magistrate Judge. Defendant sworn. Defendant pleads guilty to Counts One and Two of the Indictment. Plea entered before Magistrate Judge. Sentencing scheduled for **January 14, 2027 at 2:00 p.m.** before United States District Judge T. Kent Wetherell, II, United States Courthouse, Pensacola.

PRESENT: HONORABLE **HOPE THAI CANNON** U.S. MAGISTRATE JUDGE

| Jessica Etherton | Eduardo Alvarez | Melissa Eicken | Keri Igney |
|---|---|---|---|
| Asst U. S. Attorney | Probation Officer | Court Reporter | Deputy Clerk |

**U.S.A. vs.**

(1) JOHN MARTIN ELMORE

✓ Present ✓ Custody ___ Bond ___ O/R

**ATTORNEY FOR DEFENDANT:**

(1) Donald Sheehan, Esquire (CJA)

✓ Present ✓ Appointed ___ Retained

**PROCEEDINGS:**

✓ Defendant is RE-ARRAIGNED and specifically advised of his rights.

✓ Defendant states true full name is John Martin Elmore

✓ Court questions defendant regarding his physical and mental condition, education, employment, medication use, and advises defendant of the nature and possible consequences of said plea

✓ Government summarizes charges and required elements of proof.

✓ Factual Basis for Guilty Plea filed. Defendant confirms review, understanding, and his signature on the document.

✓ Plea Agreement filed. Defendant confirms review, understanding, and signature.

✓ Supplement to Plea Agreement filed. Defendant confirms review, understanding and signature.

✓ Defendant moves to CHANGE PLEA.

✓ Defendant PLEADS ✓ Guilty to Counts 1 and 2 of Indictment

✓ Adjudication withheld pending sentencing.

✓ Plea entered before by Magistrate Judge.

✓ REFERRED to U.S. Probation Office for pre-sentence investigation report. Sentencing scheduled for **January 14, 2027 at 2:00 p.m.** before U.S. District Judge T. Kent Wetherell, II, U.S. Courthouse, Pensacola

**Filed in Open Court**
October 14, 2026
CRD: kli